UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC SHORELINE MORTGAGE, INC., DICK PELASCINI and CECILIA PELASCINI, Husband and Wife and their Marital Community,<br><br>                Plaintiffs,<br><br>v.<br><br>CAROL L. ENGEN, CAROL A. GESCHKE, KRIGS GROUP TRUST PEMBINA NATION LITTLE SHELL BAND OF NORTH AMERICA, and all other persons claiming the right to occupancy of the premises,<br><br>                Defendants. | No. C05-1076Z<br><br>ORDER |

The Court hereby REMANDS <u>Pacific Shoreline Mortgage, Inc. v. Engen</u>, C05-1076Z, to King County Superior Court. The Notice of Removal is not proper on its face as Defendant Carol Engen has failed to join any of the other named defendants. All defendants must join in a removal petition with the exception of nominal parties. 28 U.S.C. § 1446(b); <u>Chicago, R.I. & P. Ry. Co. v. Martin</u>, 178 U.S. 245, 248 (1900); <u>Hewitt v. City of Stanton</u>, 798 F.2d 1230, 1232 (9th Cir. 1986).

ORDER -1-

The Clerk is directed to send the case back to King County Superior Court as soon as practicable after the entry of this order.

IT IS SO ORDERED.

DATED this 20th day of June, 2005.

                                  *Thomas S. Zilly*
                                  Thomas S. Zilly
                                  United States District Judge

ORDER   -2-